IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLACKBOARD, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:08-cv-1309- CMH-TRJ<br>) |
| TECHRADIUM, INC., | )<br>) |
| Defendant. | )<br>) |

## MOTION OF DEFENDANT TECHRADIUM, INC.
## TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

Pursuant to 28 U.S.C. § 1404, Defendant TechRadium, Inc. hereby moves hereby moves for transfer of this action to the United States District Court for the Eastern District of Texas, Marshall Division. The convenience of the parties and witnesses and the interest of justice weigh heavily in favor of such transfer.

In support of this motion, TechRadium, Inc. relies on the accompanying Memorandum of Law and the Declaration of Ryan Rodkey. Defendant TechRadium, Inc. also incorporates by reference the Motion and Memorandum in Support of Defendant TechRadium, Inc. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3) and accompanying Declaration.

Respectfully submitted,

/s/Mary C. Zinsner
Mary C. Zinsner, VSB No. 31397
mary.zinsner@troutmansanders.com
S. Mohsin Reza, VSB No. 75347
mohsin.reza@troutmansanders.com
Attorneys for TechRadium, Inc.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

Richard E. Griffin, Esquire
rgriffin@jw.com
Mark Tidwell, Esquire
mtidwell@jw.com
Of Counsel
Jackson Walker, L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Blair Martin Jacobs, Esquire
>bjacobs@mwe.com
>Karla Lynn Palmer, Esquire
>kpalmer@mwe.com
>McDermott Will & Emery LLP
>600 13th Street, NW
>Washington, DC 20005
>Telephone: (202) 756-8000
>Facsimile: (202) 756-8199
>
>Fay E. Morriseau, Esquire
>fmorriseau@mwe.com
>McDermott Will & Emery LLP
>18191 Von Karman Avenue, Suite 500
>Irvine, CA 92612
>Telephone: (949) 757-7115
>Facsimile: (949) 851-9348

>/s/Mary C. Zinsner
>Mary C. Zinsner, VSB No. 31397
>mary.zinsner@troutmansanders.com
>S. Mohsin Reza, VSB No. 75347
>mohsin.reza@troutmansanders.com
>Attorneys for TechRadium, Inc.
>Troutman Sanders LLP
>1660 International Drive, Suite 600
>McLean, VA 22102
>Telephone: (703) 734-4334
>Facsimile: (703) 734-4340

Richard E. Griffin, Esquire
rgriffin@jw.com
Mark Tidwell, Esquire
mtidwell@jw.com
Of Counsel
Jackson Walker, L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

#384855v1