IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| Blackboard, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Techradium, Inc.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil No.1:08-cv-1309<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

It is hereby ORDERED that the parties' Consent Motion for Continuance of Rule 16(b) Conference and to Extend Date for Filing of Joint Discovery Plan (docket no. 29) is GRANTED to the following extent:

1. The Rule 16(b) Conference, originally scheduled for January 28, 2009, is continued until February 5, 2009 at 10 a.m. The parties have until January 28, 2009 in which to file a joint discovery plan.

ENTERED this 21st day of January, 2009.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Thomas Rawles Jones, Jr.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia