IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BLACKBOARD, INCORPORATED, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-1309 |
| TECHRADIUM, INCORPORATED, ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for a Preliminary Injunction, and Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404. For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion to Transfer is GRANTED and this case is TRANSFERRED to the United States District Court for the Eastern District of Texas, Marshall Division.

/s/
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 23, 2009